UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHLEY N. ATAMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRISCINA R. PARRIS, LIVE CAR, INC., a/k/a LIVO CAR, INC., and JOHN DOE, a fictitious name,<br><br>　　　　　　Defendants. | Civil Action No. 23-20994 (GC) (TJB)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff Ashley N. Ataman's unopposed Motion for Default Judgment (ECF No. 15) against Defendant Priscina R. Parris, pursuant to Federal Rule of Civil Procedure ("Rule") 55(b). Parris has not filed opposition papers, and neither Parris nor Defendant Live Car Inc., a/k/a Livo Car, Inc. ("Livo Car") have appeared in this case. (ECF Nos. 9 & 11.) The Court has carefully reviewed Plaintiff's submissions and decides the motion without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth below, and other good cause shown,

**IT IS** on this 24th day of September 2024, **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment against Defendant Priscina R. Parris (ECF No. 15) is **GRANTED** as to liability;

2. The Court will conduct a hearing on **November 19, 2024** at **10:00 AM** to consider Plaintiff's proofs in order to assess damages against Defendant Priscina R. Parris;

3. Plaintiff's counsel shall cause this Order to be served upon Priscina R. Parris, and shall file proof of service with the Clerk of Court no less than seven (7) days prior to the above referenced hearing date;

4. The Clerk's Office is directed to **TERMINATE** Plaintiff's Motion (ECF No. 15).

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**